UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-mj-8161-WM

UNITED STATES OF AMERICA,

v.

MICHAEL DOLCE,

    Defendant.
_____/

## DETENTION ORDER

The Defendant, MICHAEL DOLCE, appeared before the Court on March 30, 2023, for a Pretrial Detention Hearing. At the hearing, Defendant stipulated to pretrial detention. Therefore, it is **ORDERED AND ADJUDGED** that the Defendant is Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Detention Hearing upon his request.

The Defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. The Defendant must be afforded a reasonable opportunity to consult privately with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for the purpose of a court appearance.

**DONE and ORDERED** in Chambers at West Palm Beach in the Southern District of Florida, this 30th day of March 2023.

RYON M. MCCABE
U.S. MAGISTRATE JUDGE